**BECKER LLC**
Michael E. Holzapfel, Esq. (031022002)
Wesley Bridges, Esq. (032422003)
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 251-8943
*Attorneys for Defendant*
*Horizon Blue Cross Blue Shield of New Jersey*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNIVERSITY SPINE CENTER., on assignment of Maria A., | : Civil Case No.: 2:17-cv-10198 |
| *Plaintiff*, | : |
| v. | : |
| HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, | : **CORPORATE DISCLOSURE STATEMENT** |
| *Defendant*. | : |

The undersigned counsel for Defendant Horizon Blue Cross Blue Shield of New Jersey discloses that this party is a non-governmental corporate party. This party does not have a parent corporation, nor are there any publicly held corporations that own ten percent or more of this party's stock.

                                                     **BECKER LLC**
                                                     Attorneys for Defendant

                                                     */s/ Michael E. Holzapfel*
                                                     Michael E. Holzapfel

Dated:  October 31, 2017